M. P. No. 846. A. FERLAND & SONS, INC. *v.* ZONING BOARD OF REVIEW OF TOWN OF LINCOLN. Show Cause Order in form

and substance same as M. P. 627 above. *James M. Sloan, 3rd,* for petitioner. *Harry W. Asquith,* Town Solicitor, for respondent.